In the Supreme Court of Georgia

Decided: June 15, 2015

S15A1076. MADGE v. SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL DISTRICT et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.